**SERVICE COPY**



D7019490

# CITATION

PAUL COPELAN
(Plaintiff)

NUMBER C-709550   SEC. 22

VS

19th JUDICIAL DISTRICT COURT

BECTON, DICKINSON AND COMPANY
(Defendant)

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO: BECTON, DICKINSON AND COMPANY
THROUGH ITS AGENT FOR SERVICE OF PROCESS,
CT CORPORATION SYSTEM,
3856 PLAZA TOWER DRIVE
BATON ROUGE, LA 70816

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.
You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.
This citation was issued by the Clerk of Court for East Baton Rouge Parish on **JULY 14, 2021**.

*Myrikli Rosette*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

Requesting Attorney: CRAFT, JILL L.
(225) 663-2612

*The following documents are attached:
**PETITION, VERIFICATION**

### SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____; by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20____.

SERVICE:$_____
MILEAGE$_____
TOTAL:  $_____

_____
Deputy Sheriff
Parish of East Baton Rouge

CITATION-2000

RECEIVED JUL 21 2021 EBR SHERIFF'S OFFICE

EXHIBIT
"A"

EAST BATON ROUGE PARISH
Filed Jul 13, 2021 10:13 AM
Deputy Clerk of Court
C-709550
22

19TH JUDICIAL DISTRICT COURT
PARISH OF EAST BATON ROUGE
STATE OF LOUISIANA

NUMBER: _____ DIVISION: "_____"

PAUL COPELAND

VERSUS

BECTON, DICKINSON AND COMPANY

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PETITION

The Petition of Paul Copeland, a resident of the full age of majority of East Baton Rouge Parish, Louisiana, respectfully represents:

1.

Made defendant herein is Becton, Dickinson and Company, a foreign corporation authorized and actually doing business in East Baton Rouge Parish, Louisiana, which is justly and truly indebted unto Petitioner for all sums as are reasonable under the premises, liquidated damages as allowed by law, attorney fees, all costs of these proceedings, legal interest thereon from the date of demand until paid, and all such other relief to which Petitioner is entitled at law or in equity.

2.

At all times pertinent hereto, defendant was Petitioner's "employer" within the meaning and intent of Louisiana and federal law and employed greater than five hundred (500) employees, including Petitioner. At all times pertinent hereto, Petitioner was an "employee" of defendant within the meaning and intent of Louisiana and federal law. Petitioner is fifty-one (51) years of age.

3.

At all times pertinent hereto, Marie Ha, General Manager, Chad Cage, Manager, Ryan Ireland, Manager, and Chris Spriggs, Supervisor, were "employees" of defendant. Ha and Spriggs had immediate and successfully higher authority over Petitioner. Cage and Ireland were supervisors for defendant and had co-extensive supervisory authority as Petitioner.

4.

In July 2011, Petitioner began his employment with defendant as Territory Sales Manager in East Baton Rouge Parish, Louisiana. At the time Petitioner was unlawfully terminated, he held the position of Southeast District Manager in East Baton Rouge Parish, Louisiana. Throughout Petitioner's employment with defendant, he enjoyed stellar performance reviews and was the

1



Certified True and Correct Copy
CertID: 2021071400131

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
7/14/2021 8:42 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

recipient of numerous awards, including for his excellent performance regarding sales of the "Arctic Sun," and its off-label use consistently promoted by defendant. Indeed, defendant produced literature, held sales meetings, and issued directives to its employees to promote and sell Arctic Sun for off label use.

5.

Beginning after hire and continuing thereafter until his termination, Petitioner was subjected to unwelcome, unabated age-based discrimination and harassment by defendant, consisting of, but not limited to, the following:

a. Repeated and frequent, on at least a bi-weekly basis, age-based, derogatory statements by his supervisors referring to him as the "the old man of the bunch", that Petitioner "liked to eat earlier in the evening because he was old", "he was up late on the dance floor because he was old;"

b. Being constantly referred to by his supervisors as "Dad" and "silver fox";

c. Repeated comments regarding Petitioner's functioning because of his age, such as comments that he could/could not perform certain tasks because he was "old", like an "old dog"; and,

d. Such other incidents as will be more fully shown at trial.

6.

In early January 2021, Petitioner, who communicated to his supervisors that their comments regarding his age were unwelcome and/or offensive, was terminated from his employment. At that time, defendant identified a pretextual reason, to-wit, that Petitioner had promoted selling Arctic Sun for off-label uses and had allegedly violated a non-existent policy. When Petitioner pointed out that defendant actively promoted, issued literature, and sales directives to sell Arctic Sun for off-label use, defendant responded that they were not really sure why the decision had been made, but that the decision had been made at a "high level". Indeed, following his termination, defendant mailed Petitioner a hat bearing the derogatory, age-based logo, "silver-fox." Petitioner was replaced by a much younger individual.

7.

Petitioner shows Defendant failed to have in full force and effect an effective policy regarding age-based discrimination/harassment and reprisal/retaliation in the workplace. Defendant failed and/or refused to take any action to remedy the situation in Petitioner's work

2


Certified True and Correct Copy
CertID: 2021071400131

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
7/14/2021 8:42 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

environment, failed and/or refused to take any action to prevent the age-based discrimination/harassment and/or retaliation/reprisal from occurring.

8.

As a result of the situation sued upon herein, Petitioner has sustained damages which include, but are not limited to, humiliation and embarrassment, severe and extreme emotional distress, mental anguish, past and future lost wages and benefits, past and future medical expenses, loss of earning capacity and job and all such other damages as will be more fully shown at trial and all for which Petitioner specifically sues for herein.

9.

Petitioner asserts the actions and deliberate inactions of defendant constitute illegal discrimination and harassment in violation of the Louisiana's Employment Discrimination Law, La. R.S. 23:301, *et seq.*, and the ADEA, 29 U.S.C. §623(a). Petitioner also shows that defendant acted in retaliation for Petitioner's opposition to the age-based discrimination/harassment in his working environment, in violation of the ADEA and that defendant acted in reprisal pursuant to La. R.S. 23:967 on account of Petitioner's opposition to the age-based discrimination/harassment in his working environment, for which he sues for herein.

10.

All conditions precedent to suit under the ADEA and Louisiana Law have been met and/or complied with. On March 31, 2021, Petitioner timely filed a Charge of Discrimination with the EEOC and LCHR and greater than sixty (60) days have passed since his Charge of Discrimination was filed. The EEOC has not yet issued Petitioner a Notice of Right to Sue. Petitioner also shows that he, through his attorney, sent demand pursuant to La. R.S. 23:303 prior to the filing of this lawsuit.

11.

Petitioner contends defendant's actions were willfully and knowingly in reckless disregard for Petitioner's rights under the ADEA. Petitioner contends defendant is liable unto him for liquidated damages under the ADEA for which he sues for herein.

12.

Petitioner is entitled to and desires an award of attorney fees pursuant to the LEDL, the ADEA, and La. R.S. 23:967.

3


Certified True and Correct Copy
CertID: 2021071400131

*Myrihli Rosette*
East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
7/14/2021 8:42 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

13.

Petitioner is entitled to and desires an award of all litigation costs, legal interest on all sums from the date of demand until paid, and all such relief to which he is entitled at law or in equity.

14.

Petitioner is entitled to and desires trial by jury of this matter.

WHEREFORE, Petitioner, Paul Copeland, prays for trial by jury and after due proceedings are had that there be judgment herein in his favor and against defendant, Becton, Dickinson and Company, for all sums as are reasonable under the premises, liquidated damages as allowed by law, attorney fees, all costs of these proceedings, legal interest thereon from the date of judicial demand until paid, and all such other relief which he is entitled at law or in equity.

Respectfully submitted,

By: _____
Jill L. Craft, T.A., La. Bar Roll No. 20922
W. Brett Conrad, Jr., La. Bar Roll No. 37639
Kaitlin A. Wall, La. Bar Roll No. 39462
Jill L. Craft, Attorney at Law, LLC
329 St. Ferdinand Street
Baton Rouge, Louisiana 70802
(225) 663-2612

**Please Serve:**

Becton, Dickinson and Company
Through its Agent for Service of Process,
CT Corporation System
3856 Plaza Tower Drive
Baton Rouge, Louisiana 70816

4


Certified True and
Correct Copy
CertID: 2021071400131

Myrthle Rosette
East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
7/14/2021 8:42 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

EAST BATON ROUGE PARISH
Filed Jul 13, 2021 10:13 AM
Deputy Clerk of Court
C-709550
22

19TH JUDICIAL DISTRICT COURT
PARISH OF EAST BATON ROUGE
STATE OF LOUISIANA

NUMBER: _____   DIVISION: "_____"

PAUL COPELAND

VERSUS

BECTON, DICKINSON AND COMPANY

*****************************************************

**VERIFICATION**

STATE OF LOUISIANA
PARISH OF EAST BATON ROUGE

BEFORE ME, the undersigned Notary Public personally came and appeared:

**Paul Copeland**

A resident of the full age of majority of East Baton Rouge Parish, Louisiana, who upon being duly sworn, did depose and state that he is the Petitioner in the above and foregoing Petition, that he has read same, and all facts and allegations contained therein are true and correct.

_____
Paul Copeland

SWORN TO AND SUBSCRIBED before me, Notary Public, this ____ day of _____ 2021.

5

Myrikli Rosette



Certified True and
Correct Copy
CertID: 2021071400132

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
7/14/2021 8:42 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

# RETURN COPY



**D7019490**

## CITATION

**PAUL COPELAN**
(Plaintiff)

**VS**

**BECTON, DICKINSON AND COMPANY**
(Defendant)

**NUMBER C-709550  SEC. 22**

**19th JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

TO:  BECTON, DICKINSON AND COMPANY
THROUGH ITS AGENT FOR SERVICE OF PROCESS,
CT CORPORATION SYSTEM,
3856 PLAZA TOWER DRIVE
BATON ROUGE, LA 70816

GREETINGS:

   Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.
   You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.
   This citation was issued by the Clerk of Court for East Baton Rouge Parish on **JULY 14, 2021.**

*Myrihle Rosette*
*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: CRAFT, JILL L.**
                     **(225) 663-2612**

*The following documents are attached:
**PETITION, VERIFICATION**

### SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:**   After diligent search and inquiry, was unable to find the within named _____ party his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20____.

SERVICE:$_____
MILEAGE$_____
TOTAL:  $_____

Deputy Sheriff
Parish of East Baton Rouge

**CITATION-2000**



I made service on the named party through the CT Corporation
JUL 22 2021
by tendering a copy of this document to
Ashley Minvielle
E. CUMMINS
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

RECEIVED
JUL 21 2021
E B R SHERIFF'S OFFICE